WILLIAM H. JENKS AND ANOTHER, RESPONDENTS, *v.* CHARLES
H. PARSONS, IMPLEADED WITH OTHERS, APPELLANT.

*Complaint in action for specific performance — when insufficient.*

This action is brought to enforce a mechanic's lien, filed against the defendant S.
M. Parsons, who is alleged to be the owner of the premises, and the defendant
Edward K. Robins, who is alleged to have built houses thereon by permission of
the said owner. The complaint then alleges that " Charles H. Parsons has, or
claims to have, some interest in said premises as owner thereof; and that at
the time of filing said notice of lien, he was under a contract with the defend-
ant Samuel M. Parsons, to convey said interest to the said Samuel M. Parsons,
or his legal representatives; " and asks that Charles H. Parsons be enjoined
from conveying his interest in the premises until the further order of the court,
and that the purchaser at the sale, under the judgment in this action, be entitled
to a specific performance of the contract made by the said Charles H. with
Samuel M. Parsons.

Upon a demurrer interposed by the defendant Charles H. Parsons, *held,* that the
complaint did not, as to him, state facts sufficient to constitute a cause of
action. That the complaint should have alleged not only a legal contract to
convey, but facts entitling the grantee to a deed under it, such as performance
or readiness to perform its conditions.

APPEAL from an order overruling a demurrer interposed by the
defendant Charles H. Parsons.

*S. M. Parsons,* for the appellant.

*John R. Kuhn,* for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order reversed, with leave to plaintiff to amend in twenty days
on payment of costs.